RECEIVED
MAY 3 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
JUN 2 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| EXALTON GUIDRY, JR. | CIVIL ACTION NO. 04-2509-L |
| VS. | SECTION P |
| BURL CAIN, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the petitioner, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and this Court adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition for federal *habeas corpus* relief is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this 21st day of June, 2005.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE