RECEIVED
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/7/05

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Exalton Guidry, Jr. | Civil Action No. 6:04-CV-2509 |
| versus | Judge Tucker L. Melançon |
| Burl Cain, Warden | Magistrate Judge C. Michael Hill |

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed on July 1, 2005 [Rec. Doc. 15] in the above captioned case subsequent to the Court's June 21, 2005 Judgment [Rec. Doc. 14] denying petitioner's §2254 motion,

Having considered the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), the Court hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge issued herein on May 31, 2005 [Rec. Doc. 12], the Court finds that there is no basis in law or fact entitling petitioner to the relief he seeks.

Thus done and signed this 7th day of July, 2005 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 7/7/05
BY PG
TO TLM